UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 21-7227-MWF(ASx)**                                Dated: **November 16, 2022**

Title:       Reel One International Limited -v- Screenings Distribution, Inc., et al.

PRESENT:     HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

    Rita Sanchez                           Not Reported
    Courtroom Deputy                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

    Not Present                            Not Present

**PROCEEDINGS (IN CHAMBERS):**    **COURT ORDER**

    In light of the Notice of Settlement [66] filed November 6, 2022, the Court sets a hearing on Order To Show Cause Re Dismissal for December 19, 2022 at 11:30 a.m.  All other hearings and deadlines are hereby vacated.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.

    IT IS SO ORDERED.

Initials of Deputy Clerk  rs