JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REEL ONE INTERNATIONAL LIMITED, a British company,<br><br>        Plaintiff,<br><br>vs.<br><br>SCREENINGS DISTRIBUTION INC., a California corporation; MANUEL CORBI, an individual; CORBI MEDIA S.L., a Spanish limited society; and DOES 1-20, inclusive,<br><br>        Defendants.<br><br>AND RELATED COUNTER-CLAIM | CASE NO.: CV 21-07227-MWF(ASx)<br><br>**ORDER RE: JOINT MOTION TO DISMISS PURSUANT TO FED.R.CIV. PRO. 41(a)(2)**<br><br>Hearing Date:  January 9, 2023<br>Time:  10:00 a.m.<br>Dept.:  5A<br><br>Case Filed:  September 8, 2021<br>Trial Date:  March 21, 2023 |

**THIS MATTER** is before the Court on the Parties' Joint Motion to Dismiss Pursuant to Rule 41(a)(2).  Although noticed for hearing on January 9, 2023, the Court finds that this matter is appropriate for submission on the papers without oral argument pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15.  Accordingly, the motion hearing set for January 9, 2023, is **VACATED** and taken off calendar.

The Parties agree that the case captioned *Reel One International Limited v. Screenings Distribution, Inc., et al.*, Civil No. 2:21-07227-MWF-AS, has been settled and that the Settlement Agreement fully resolves the claims in the Plaintiff's Complaint against the Defendants.

The Parties request in their motion that Civil No. 2:21-cv-07727-MWF-AS be dismissed with prejudice and that the Court retain jurisdiction to enforce the terms of their settlement agreement.

For the reasons stated in the Parties' Motion, the Court finds that the proposed dismissal is proper under Rule 41(a)(2) of the Federal Rules of Civil Procedure.

**IT IS HEREBY ORDERED:**

(1)  With the consent of the Parties, the Court shall retain jurisdiction for the purposes of enforcing the terms of the Parties' settlement agreement through July 15, 2023.

(2)  Except as provided for in Paragraph 1, the case captioned *Reel One International Limited v. Screenings Distribution, Inc., et al.*, Civil No. 2:21-07227-MWF-AS, is dismissed with prejudice.

Dated: November 28, 2022

MICHAEL W. FITZGERALD
United States District Judge